UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
SHERRY HUFFMAN

                                   Plaintiff,    08 CIV. 7865

-against-

                                                    JUDGE CONNER

BNA FINANCIAL SERVICES, INC.


                                   Defendant.
---------------------------------------------------------------------

## COMPLAINT FOR VIOLATIONS
## OF THE FAIR DEBT COLLECTION PRACTICES ACT

Plaintiff Sherry Huffman by and through her attorney, Kleinman LLC, files this complaint against defendant BNA Financial Services, Inc. for its violations of the Fair Debt Collection Practices Act.

### Introduction

1. This action seeks redress for the illegal practices of Defendant, BNA Financial Services, Inc., concerning the collection of debt, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction and Venue

2. This Court has Federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper in this District because the acts and transactions that give rise to this occurred, in substantial part, in this District. Additionally, Huffman resides in this District and the Defendant transacts business here.

4. Sherry Huffman is a citizen of the State of New York, Rockland County who resides in this District.

5.	Sherry Huffman is a "Consumer" as that term is defined by § 1692(a)(3) of the FDCPA in that the alleged debt that the Defendant, BNA, sought to collect from her is a consumer debt, purportedly owed to Good Samaritan Hospital.

6.	Upon information and belief, Defendant BNA is an active Tennessee Corporation. Its Registered Agent is John Hyde, 9301 Coxboro Drive, Brentwood, TN 37027.

7.	Defendant, BNA is regularly engaged in the collection of debts allegedly owed by consumers.

8.	Defendant, BNA is a "Debt Collector" as that term is defined by § 1692(a)(6) of the FDCPA.

9.	On or about May 29, 2008, plaintiff received a mass produced computer generated collection letter demanding payment of a $1500 purportedly owed to Good Samaritan. **Exhibit A**.

10.	On July 26, 2008 a letter was sent to defendant disputing the debt and requested verification of the disputed debt. **Exhibit B**.

11.	On June 30, 2008, Defendant provided verification of a $19,695 debt and requested payment of a $1,500 debt. **Exhibit C**.

## AS AND FOR A FIRST CAUSE OF ACTION

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

14.	Huffman realleges and incorporates herein by reference, all the foregoing paragraphs as if set forth fully herein.

15.	Upon information and belief, the May 29, 2008 collection letter is a form letter sent by Defendant to the Plaintiff.

16. Collection letters, such as those sent by Defendant, are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

17. Defendant's letter violated 1692g(b), by attempting to collect a timely disputed debt prior to providing the consumer with verification of the debt.

18. Defendant's violated the FDCPA. Defendant's violations include, but are not limited to violating 15 U.S.C. § 1692g(b) by attempting to collect a disputed debt prior to providing verification of the debt.

**WHEREFORE**, the plaintiff requests that this Court grant the following relief in their favor, against BNA as follows:

a) The maximum statutory damages provided by section 1692k of the FDCPA against defendant;

b) Attorney's fees, litigation expenses and costs;

c) Any other relief that this Court deems just and proper.

Dated: Uniondale, New York
September 9, 2008

Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (888) 522-1692

Plaintiff requests trial by jury on all issues so triable.

Abraham Kleinman (AK-6300)

**EXHIBIT A**

## BNA FINANCIAL BUREAU, INC.
8000 Safari Dr ♦ Smyrna TN 37167-6605
(615) 836-0100 or Toll Free (800) 727-3032

May 29, 2008
Account Number: 10074664
Creditor: Good Samaritan

| Account Number | Patient Name | Balance |
|---|---|---|
| 10074664 | Huffman Sherry | $1500.00 |
| | **Total Amount Due:** | **$1500.00** |

Your past due account has been placed with this collection agency. If you are aware of any reason for non payment of this amount, or you need to arrange a satisfactory settlement, please call us at 800-727-3032. If we do not hear from you, we will expect the balance promptly. Should you have already paid this balance, please disregard this letter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the collection service board, state department of commerce and insurance, 500 James Robertson Parkway, Nashville, TN 37243.

***California residents please see reverse for important information***

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.
*The 3 digit ID Number is located on the reverse side of your credit card*

| Account Number | *ID Number | Payment Amount | Expiration Date |
|---|---|---|---|
| | | $ | / |

Card Holder Name _____    Signature of Card Holder _____   Date _____

***Detach Lower Portion And Return With Payment***

---

PO Box 899
Smyrna TN 37167-0899
RETURN SERVICE REQUESTED

May 29, 2008

1920698-206  0161765  018943907

Sherry Huffman
252 Kearsing Pkwy Apt D
Monsey NY 10952-2266

## BNA FINANCIAL BUREAU, INC.
(615) 836-0100 or Toll Free (800) 727-3032

**PLEASE MAKE YOUR CHECKS PAYABLE TO:**
GOOD SAMARITAN
Lockbox #404310
Atlanta GA 30384-4310

Total Amount Due: $1500.00
Account #: 10074664
Patient: Huffman Sherry
Amount Enclosed $_____

**Exhibit B**

Sherry Huffman
252 D Kearsing Pkwy
Monsey, NY 10952

BNA Financial Bureau, Inc.
8000 Safari Dr
Smyrna, TN 37167-3032

RE: Acct# 10074664

To Whom It May Concern:

I dispute the validity of this Good Samaritan debt. Enclosed is a copy of your collection letter. Please send me verification of this debt.

Sincerely,
Sherry Huffman

**Exhibit C**

**BNA FINANCIAL**
**PO BOX 899**
**SMYRNA, TN 37167**
**800-727-3032**

Date: 6/30/08

Dear Sir or Madam:

Enclosed you should find copies of the documents you requested. Please review them and contact us to make appropriate arrangements.

You can contact us during business hours of:
  Monday-Thursday:   8am-8pm.
  Friday:            8am-6pm

Information you should have when calling:

Your account number: 100741004
Patient Name: Shelly Huffman
Address: 752 D. Kearsing Parkway
Monsey, NY 10952

Your existing balance: $1,500.00

Call me upon receipt of this letter at 1-800-727-3032. We look forward to working with you to get this matter taken care of.

Sincerely,

Lisa

08/30/2008 11:17:00 AM



**GOOD SAMARITAN HOSPITAL**
255 LAFAYETTE AVENUE
SUFFERN, NY 10901

PHONE:

Patient: HUFFMAN SHERRY
Acont #: 10074864
Admit Dt: 09/19/2007
Dischg Dt: 09/21/2007

GSH (1)

SHERRY HUFFMAN
262 D KEARSING PKWY
MONSEY, NY 10952

FACILITY: Good Samaritan Hospital

## ITEMIZED BILL

| Date | Service | Description | Qty | Amount | Date | Service | Description | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/07 | 000006 | N/A | 1 | 2,595.00 | 09/20/07 | 502033 | DOCUSATE SOD 100MG | 2 | 6.6 |
| 09/19/07 | 471004 | ANTIBODY SCREEN | 1 | 155.00 | 09/20/07 | 502582 | IBUPROFEN 600MG TAB | 1 | 4.2 |
| 09/19/07 | 471070 | ABO BLOOD TYPE | 1 | 125.65 | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 471071 | RH BLOOD TYPE | 1 | 85.00 | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 472020 | HEPATIC FUNCTION | 1 | 394.00 | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 472089 | URIC ACID SERUM | 1 | 100.00 | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 472891 | BLOOD GAS/VAG | | | 09/20/07 | 503640 | PRAMOXINE 1% CRM 30GM | 1 | 18.1 |
| 09/19/07 | 472891 | BLOOD GAS/VAG | | | 09/20/07 | 504573 | TUCKS PADS #12 | 1 | 8.4 |
| 09/19/07 | 472913 | BASIC METABOLIC PANEL | | | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 473030 | SPECIALTY/OTHER REF | | | 09/20/07 | 502033 | DOCUSATE SOD 100MG | 2 | 6.6 |
| 09/19/07 | 473003 | CBC WITH AUTO DIFF | | | 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 1 | 12.5 |
| 09/19/07 | 473003 | CBC WITH AUTO DIFF | | | | | | Total: | 13,695.5 |
| 09/19/07 | 473160 | PROTHROMBIN TIME | 1 | 91.00 | | | | | |
| 09/19/07 | 478011 | PARTIAL | 1 | 170.00 | | | | | |
| 09/19/07 | 478014 | FIBRINOGEN | 1 | 304.00 | | | | | |
| 09/19/07 | 851024 | N/A | 1 | 7,223.00 | | | | | |
| 09/19/07 | 351025 | N/A | 3 | 1,401.00 | | | | | |
| 09/19/07 | 351027 | N/A | 1 | 734.00 | | | | | |
| 09/19/07 | 501979 | DIPHENHYDRAMINE 25MG | 2 | 6.54 | | | | | |
| 09/19/07 | 501984 | DIPHENHYDRAMINE | 1 | 10.22 | | | | | |
| 09/19/07 | 502141 | ERYTHROMYCIN OPTH | 1 | 12.59 | | | | | |
| 09/19/07 | 502201 | FENTANYL 0.05MG/ML INJ | 1 | 15.75 | | | | | |
| 09/19/07 | 502582 | IBUPROFEN 600MG TAB | 1 | 4.20 | | | | | |
| 09/19/07 | 502848 | LIDO/EPI 1.5/1:200000 | 1 | 87.19 | | | | | |
| 09/19/07 | 502976 | MEPIVACAINE 1.5% INJ | 1 | 72.10 | | | | | |
| 09/19/07 | 503037 | METHYLERGONOVINE | 1 | 44.81 | | | | | |
| 09/19/07 | 503581 | PHYTONADIONE | 1 | 56.75 | | | | | |
| 09/19/07 | 504836 | BUPIV/FENT | 1 | 247.33 | | | | | |
| 09/19/07 | 504836 | BUPIV/FENT | 1 | 247.33 | | | | | |
| 09/19/07 | 504959 | 9.3N20UNIT OXYTOCIN | 1 | 103.60 | | | | | |
| 09/20/07 | 000006 | N/A | 1 | 2,595.00 | | | | | |
| 09/20/07 | 503431 | PERCOCET 5/325MG TAB | 2 | 10.54 | | | | | |
| 09/20/07 | 503640 | PRAMOXINE 1% CRM 30GM | 1 | 18.10 | | | | | |
| 09/20/07 | 504301 | ZOLPIDEM 10MG TAB | 1 | 22.54 | | | | | |
| 09/19/07 | 502141 | ERYTHROMYCIN OPTH | -1 | -12.59 | | | | | |
| 09/19/07 | 503581 | PHYTONADIONE | -1 | -56.75 | | | | | |
| 09/20/07 | 475028 | CULTURE BACTERIA | 1 | 251.00 | | | | | |
| 09/20/07 | 475071 | CULTURE ANAEROBIC | 1 | 490.00 | | | | | |
| 09/20/07 | 473030 | SPECIALTY/OTHER REF | 1 | 60.00 | | | | | |
| 09/20/07 | 473003 | CBC WITH AUTO DIFF | 1 | 165.00 | | | | | |

Page: 1